```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 05380
  TODD D GNIEWEK
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
  SSN XXX-XX-4275


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/11/06 and confirmed on 10/25/06.

     2.  The case was dismissed after confirmation, 11/30/2007.

     3.  The Debtor paid a total of $   7440.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| HFC/BENEFICIAL | SECURED | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | .00 | .00 | .00 |
| ARROWHEAD SOUTH TOWNHOME | SECURED | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED | 9970.00 | .00 | 5110.70 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8105.96 | .00 | 105.94 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 10894.75 | .00 | 128.75 |
| LATHROP & GAGE DC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11483.24 | .00 | 137.12 |
| NICOR GAS | UNSECURED | 124.93 | .00 | .00 |
| RIDDLE & ASSOC PC | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | 54.59 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 7207.86 | .00 | .00 |

```
              Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  9970.00         .00     37871.33        .00     47841.33
PRINCIPAL PAID      5110.70         .00       371.81        .00      5482.51
INTEREST PAID           .00         .00          .00        .00          .00
TOTAL PAID          5110.70         .00       371.81        .00      5482.51
The Debtor's attorney, DEER & STONE PC              , was allowed $   2200.00
and was paid $    500.00   direct and $   1700.00   through the plan.

The Trustee received $    257.49 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 02/12/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE